IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| OFFICE PARKS OF LYNCHBURG, LLC AND SAMUEL H. MCMAHON III,<br>　　　　　　　　　　*Plaintiffs,*<br><br>　　　　v.<br><br>WELLS FARGO BANKS, N.A. AND ALL OTHER ASSIGNED TRUSTEES,<br>　　　　　　　　　　*Defendants.* | CASE NO. 6:12-cv-00034<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

　　　　This matter is before the Court on Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. For the reasons set forth in the accompanying memorandum opinion, Defendant's motion (docket no. 2) is hereby GRANTED.

　　　　The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

　　　　It is so ORDERED.

　　　　Entered this __20th__ day of September, 2012.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE